# **EXHIBIT 3**

A true copy
By photostatic process
Attest: *Barry J. Amaral*
Bristol County N.D.
Register of Deeds

2012 00045594
Bk: 20485 Pg: 97 Page: 1 of 2
Doc: ASGT 09/27/2012 08:36 AM

Property Address:
6 ERICK ROAD, UNIT 52, MANSFIELD, MA, 02048

## CONFIRMATORY ASSIGNMENT OF MORTGAGE

Bristol Northern District, Massachusetts
"SCOTT"

Date of Assignment: September 24th, 2012
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS at BOX 2026 FLINT MI 48501, 1901 E VOORHEES ST STE C., DANVILLE, IL 61834
Assignee: THE BANK OF NEW YORK MELLON TRUST COMPANY NA FKA THE BANK OF NEW YORK TRUST COMPANY NA AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK NA AS TRUSTEE FOR NAAC MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-AR2 at 101 BARCLAY STREET, NEW YORK, NY 10286

Executed By: MICHAEL D. SCOTT To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 01/10/2005 Recorded: 01/11/2005 in Book/Reel/Liber: 14426 Page/Folio: 310 In the County of Bristol Northern District, State of Massachusetts.

Property Address: 6 ERICK ROAD, UNIT 52, MANSFIELD, MA 02048

Legal: N/A

** This confirmatory assignment of mortgage is intended to correct the scriveners error in the previous assignment recorded in Bristol County (Northern District) on 08/04/2009 as Book 18282 and Page 18, as it relates to the assignee.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $180,000.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

*PF1PF IWFEB*09/24/2012 10 14:34 AM* WFEMO1WFEBA0000000000000006128T* MABRIST* MASTATE_MORT_ASSIGN_ASSN *PF IWFEB*

Recording Requested By:
WELLS FARGO BANK, N.A.
When Recorded Return To:
DEFAULT ASSIGNMENT
WELLS FARGO BANK, N.A.
MAC: X9999-018
PO BOX 1629
MINNEAPOLIS, MN 55440-9790

CONFIRMATORY ASSIGNMENT OF MORTGAGE Page 2 of 2

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS

On 9/24/2012

By *[signature]*
**Heather Hegwood**
_____, Assistant Secretary

STATE OF Iowa
COUNTY OF Polk

On 9/24/12, before me, Dave Swensen, a Notary Public in and for Polk in the State of Iowa, personally appeared **Heather Hegwood**, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*[signature]*
Dave Swensen
Notary Expires: 6/26/15

[Notary seal: DAVE SWENSEN, Commission Number 773595, My Commission Expires June 26, 2015]

(This area for notarial seal)

*PF1*PF1WFEB*09/24/2012 10:14:34 AM* WFEM0 IWFEBA000000000000000061287* MABRIST* MASTATE_MORT_ASSIGN_ASSN **PF1WFEB*

**END OF DOCUMENT**