# EXHIBIT 4

A true copy
By photostatic process
Attest: *Barry J. Amaral*
Bristol County N.D.
Register of Deeds



Bk: 20843 Pg: 144 Page: 1 of 2
Doc: ASGT 02/15/2013 02:51 PM
ATTEST:Barry J. Amaral, Register
Bristol County North Registry of Deeds

Property Address:
6 ERICK ROAD, UNIT 52, MANSFIELD, MA, 02048

## CORPORATE ASSIGNMENT OF MORTGAGE

**Bristol Northern District, Massachusetts**
"SCOTT"

Date of Assignment: February 8th, 2013
Assignor: THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR NAAC MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2, BY WELLS FARGO BANK, N.A. AS THEIR ATTORNEY-IN-FACT at ONE WALL STREET, NEW YORK, NY 10286
Assignee: THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A, AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, N.A., FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 at 101 BARCLAY STREET, NEW YORK, NY 10286

Executed By: MICHAEL D. SCOTT  To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 01/10/2005 Recorded: 01/11/2005 in Book/Reel/Liber: 14426 Page/Folio: 310 In the County of Bristol Northern District, State of Massachusetts.

Property Address: 6 ERICK ROAD, UNIT 52, MANSFIELD, MA  02048

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $180,000.00 with interest, secured thereby, with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

*PF1*PF1WFEB*02/08/2013 12:13:49 PM* WFEM01WFEBA00000000000000061287* MABRIST* MASTATE_MORT_ASSIGN_ASSN *VMA*VMAWFEM*

Recording Requested By:
WELLS FARGO BANK, N.A.
When Recorded Return To:
DEFAULT ASSIGNMENT
WELLS FARGO BANK, N.A.
MAC: X9998-018
PO BOX 1629
MINNEAPOLIS, MN  55440-9790

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR NAAC MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2, BY WELLS FARGO BANK, N.A. AS THEIR ATTORNEY-IN-FACT POA: 12/14/2012 in Book/Reel/Liber: 20686 Page/Folio: 91 as Instrument No.: 2012 00059541
On 02·11·2013

By: *April Jones*
April E. Jones
, Vice President Loan Documentation

STATE OF Minnesota
COUNTY OF Dakota

On 02·11·2013, before me, Lynn Marie Sevick, a Notary Public in Dakota County in the State of Minnesota, personally appeared April E. Jones, Vice President Loan Documentation, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*Lynn Marie Sevick*
Lynn Marie Sevick
Notary Expires: 1/31/17

LYNN MARIE SEVICK
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2017

(This area for notarial seal)

**PREPARED BY: WELLS FARGO BANK, N.A.**

*PF1*PF1WFEB*02/08/2013 12:13:49 PM* WFEM01WFEBA00000000000000000061287* MABRIST* MASTATE_MORT_ASSIGN_ASSN *VMA*VMAWFEM*

**END OF DOCUMENT**