# **EXHIBIT 6**

# Northern Bristol County Registry of Deeds

# Electronically Recorded Document

This is the first page of the document - Do not remove

## Recording Information

| | |
|---|---|
| Document Number | : 873 |
| Document Type | : ASGT |
| Recorded Date | : January 09, 2017 |
| Recorded Time | : 11:36:01 AM |
| Recorded Book and Page | : 23520 / 268 |
| Number of Pages(including cover sheet) | : 3 |
| Receipt Number | : 559115 |
| Recording Fee | : $75.00 |

A true copy
By photostatic process
Attest: *Barry J. Amaral*
Bristol County N.D.
Register of Deeds

**Northern Bristol County Registry of Deeds**
**Barry J. Amaral, Register**
11 Court Street
Taunton, MA 02780
508-822-0502
tauntondeeds.com

## CORPORATE ASSIGNMENT OF MORTGAGE

Bristol Northern District, Massachusetts
"SCOTT"

Date of Assignment: January 5th, 2017
Assignor: THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A, AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, N.A., FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2, BY WELLS FARGO BANK, N.A. AS THEIR ATTORNEY-IN-FACT at ONE WALL STREET, NEW YORK, NY 10286

Assignee: THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK N.A. AS TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2 at ONE WALL STREET, NEW YORK, NY 10286

Executed By: MICHAEL D. SCOTT, To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, LIMITED PARTNERSHIP, ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 01/10/2005 Recorded: 01/11/2005 in Book/Reel/Liber: 14426 Page/Folio: 310 In the County of Bristol Northern District, State of Massachusetts.

Property Address: 6 ERICK ROAD, UNIT 52, MANSFIELD, MA 02048 in the municipality of MANSFIELD.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $180,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

Property Address:
6 ERICK ROAD, UNIT 52
MANSFIELD, MA 02048

*KM3*KM3WFEM*01/05/2017 07:34:52 AM* WFEM01WFEMA00000000000000001570376* MABRIST* MASTATE_MORT_ASSIGN_ASSN **CMNWFEM*

Recording Requested By:
WELLS FARGO BANK, N.A.
When Recorded Return To:
ASSIGNMENT TEAM
WELLS FARGO BANK, N.A.
MAC: N9289-016
PO BOX 1629
EAGAN, MN 55121-4400

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A, AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, N.A., FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR2, BY WELLS FARGO BANK, N.A. AS THEIR ATTORNEY-IN-FACT POA: 12/05/2016 in Book/Reel/Liber: 23442 Page/Folio: 221 as Instrument No.: 2016 00051970

On __1·5·17__

By: _____
Carla M. Naughton
Vice President Loan Documentation

STATE OF Minnesota
COUNTY OF Dakota

On _1-5-17_, before me, __Scott Gerald Heurkins__, a Notary Public in the State of Minnesota, personally appeared __Carla M. Naughton__, Vice President Loan Documentation, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
Scott Gerald Heurkins
Notary Expires:  /  /  1-31-22

SCOTT GERALD HEURKINS
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2022

(This area for notarial seal)

PREPARED BY: WELLS FARGO BANK, N.A.

END OF DOCUMENT

*KM3*KM3WFEM*01/05/2017 07:34:53 AM* WFEM01WFEMA00000000000001570376* MABRIST* MASTATE_MORT_ASSIGN_ASSN *CMNWFEM*