**EXHIBIT I**

A true copy
By photostatic process
Attest: *Barry J. Amaral*
Bristol County N.D.
Register of Deeds



Bk: 18282 Pg: 18 Page: 1 of 2
Doc: ASGT 08/04/2009 10:42 AM

Property Address: 6 Erick Road, Unit 52, Edgewood Condominium, Mansfield, MA 02048

## ASSIGNMENT OF MORTGAGE

Mortgage Electronic Registration Systems, Inc., P.O. Box 2026, Flint, MI 48501, holder of a mortgage

from Michael D. Scott

to Mortgage Electronic Registration Systems, Inc.

dated January 10, 2005, recorded with the Bristol County (Northern District) Registry of Deeds at Book 14426, Page 310

assigns said mortgage and the note and claim secured thereby to The Bank of New York Mellon Trust Company NA, fka The Bank of New York Trust Company, NA as Successor in interest to JP Morgan Chase Bank, NA, as Trustee for Nomura Asset Acceptance Corporation, Alternative Loan Trust Series 2005-AR2, 700 South Flower Street, Los Angeles, CA 90017, without recourse

IN WITNESS WHEREOF, the said Mortgage Electronic Registration Systems, Inc. has caused its corporate seal to be hereto affixed and these presents to be signed, in its name and behalf by Andrew S. Harmon, Assistant Secretary and Vice President*

this 27 day of March, 2009

Mortgage Electronic Registration Systems, Inc.

By: _____
Andrew S. Harmon, Assistant Secretary and Vice President*

*For signatory authority see corporate resolution recorded with Bristol County (Northern District) Registry of Deeds at Book 10368, Page 122

RETURN TO
Northeast Abstract Company
150 California Street
Newton, MA 02458

200903-2551         FCL         /Assignment - MA/Scott, Michael

The Commonwealth of Massachusetts

Middlesex, ss

March 27, 2009

On this 27 day of March 20 09, before me, the undersigned notary public, personally appeared Andrew S. Harmon, proved to me through satisfactory evidence of identification, which were personal knowledge, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that (he) (she) signed it voluntarily for its stated purpose.

Capacity: (as Assistant Secretary and Vice President*

for Mortgage Electronic Registration Systems, Inc. )

_____ (Affix Seal)
Notary Signature

My commission expires: _____

200903-2551

[Notary Seal: ADAM F. FARIA, MY COMM. EXPIRES FEB. 27, 2015, COMMONWEALTH OF MASSACHUSETTS, NOTARY PUBLIC]

Northeast Abstract Company
150 California Street
Newton, MA 02458

End of Document