# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Michael David Scott,  )<br>  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>The Bank of NY Mellon Trust Company,  )<br>  )<br>N.A.,      Defendant.  )<br>  ) | Civil Action No. 24-CV-11614-AK |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 22] entered on 1/8/2025, it is hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 1/8/2025                                                                                                     By the Court,

/s/ Courtney Horvath
Deputy Clerk